# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:21-cv-02005 |
| JOHN DOE, subscriber assigned IP address 68.250.118.53, | ) ) Honorable Edmond E. Chang ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe subscriber assigned IP address 68.250.118.53 ("Defendant") through Defendant's counsel, Robert Cashman, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executory obligations, Plaintiff will dismiss this action with prejudice.

Dated: July 9, 2021

Respectfully submitted,

CLARK HILL PLC

By: /s/ *Samuel J. Tallman*
Samuel J. Tallman
Clark Hill PLC
130 East Randolph Street
Suite 3900
Chicago, IL 60601
(312) 517-7515
Email: stallman@clarkhill.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By: /s/ *Samuel J. Tallman*
                                      Samuel J. Tallman