UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 107.217.69.72, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:21-cv-02427 <br><br> Judge: John Robert Blakey |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITH PREJUDICE OF JOHN DOE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 107.217.69.72, are voluntarily dismissed with prejudice.

Dated: July 13, 2021    Respectfully submitted,

CLARK HILL PLC

By: /s/ *Samuel J. Tallman*
Samuel J. Tallman
Clark Hill PLC
130 East Randolph Street
Suite 3900
Chicago, IL 60601
(312) 517-7515
Email: stallman@clarkhill.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                                 By: */s/ Samuel J. Tallman*
                                                                                 Samuel J. Tallman