# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Strike 3 Holdings, LLC

                        Plaintiff,

v.                                                    Case No.: 1:21−cv−02005

                                                      Honorable Edmond E. Chang

John Doe subscriber assigned IP address 68.250.118.53

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 15, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal [11], under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed with prejudice. Status hearing of 07/16/2021 is vacated. Civil case terminated. Emailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.